RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 15 2008

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
                                    DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WARING PARK, | 3:08-CV-0423-LRH (VPC) |
| Plaintiff, | |
| vs. | **REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |
| GINNY LEWIS, | |
| Defendant. | |

This report and recommendation is made to the Honorable Larry R. Hicks, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-4.

On August 4, 2008, plaintiff submitted a document to the clerk which is purportedly an emergency request for an injunction and/or a complaint (#1). Plaintiff failed to pay the required $350 filing fee or submit an application to proceed *in forma pauperis*. On October 1, 2008, the court ordered plaintiff to either pay the filing fee in the amount of $350 or complete an application to proceed *in forma pauperis* on or before October 24, 2008 (#3). Plaintiff requested and received an extension of time to December 1, 2008 to comply with the court's order (#4 & #5).

To date, plaintiff has failed and refused to follow the court's order. Instead, plaintiff submitted a notice to the court stating that he believed the *in forma pauperis* application to be a constitutional violation (#6). Plaintiff has failed to provide the court with any information on which to base its decision concerning whether plaintiff may proceed *in forma pauperis*. Therefore, the court is compelled to recommend that plaintiff be denied *in forma pauperis* status and this action be dismissed without prejudice.

The parties should be aware of the following:

1. They may file, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, specific written objections to this Report and Recommendation within ten (10) days of receipt. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2. This Report and Recommendation is not an appealable order, and any notice of appeal pursuant to Rule 4(a)(1), Fed. R. App. P., should not be filed until entry of the District Court's judgment.

## RECOMMENDATION

For the reasons stated above, the undersigned recommends that the District Court enter an order as follows:

1. **DENYING** *in forma pauperis* status to plaintiff; and

2. **DISMISSING** this action without prejudice.

DATED:   December 9, 2008.

UNITED STATES MAGISTRATE JUDGE