UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| WARING PARK, ) | |
| ) | 3:08-cv-00423-LRH-(VPC) |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| GINNY LEWIS, ) | |
| ) | |
| Defendant. ) | |

The court has considered the recommendation of U.S. Magistrate Judge Valerie P. Cooke (#7[1]) entered on December 15, 2008, in which the Magistrate Judge recommends that Plaintiff be denied *in forma pauperis* status and this action be dismissed without prejudice for failure to comply with the court's Orders (#3 and #5). The court has considered the pleadings and memoranda and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the recommendation of the U.S. Magistrate Judge (#7); therefore, plaintiff is denied *in forma pauperis* status and this action is dismissed without prejudice for failure to comply with court Orders (#3 and #5) and the Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED this 12th day of January, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to court's docket number.