AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

WARING PARK,

    Plaintiff,

V.

GINNY LEWIS,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-cv-00423-LRH-VPC**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the court hereby ADOPTS AND ACCEPTS the #7 recommendation of the U.S. Magistrate Judge; therefore, plaintiff is denied *in forma pauperis* status and this action is dismissed without prejudice for failure to comply with court Orders (#3 and #5).

  January 13, 2009                                         **LANCE S. WILSON**
                                                                     Clerk

                                                                    /s/ Kalani Lizares
                                                                   Deputy Clerk